IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARRELL LAMONT JOHNSON,

    Plaintiff,

v.                                                                                             Civil Action No. **3:11CV444**

**HENRICO COUNTY JAIL DEPUTIES,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on July 14, 2011, the Court conditionally docketed Plaintiff's action. (Docket No. 3.) In that Memorandum Order, the Court directed Plaintiff, *inter alia*, to promptly inform the Court of any change in Plaintiff's address. The July 14, 2011 Memorandum Order also warned Plaintiff that failure to keep the court informed of his present address could result in the dismissal of his action. On October 3, 2011, Plaintiff's place of incarceration informed the Court that Plaintiff had been released from incarceration. Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to keep the Court appraised of his address demonstrates his lack of interest in prosecuting the action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall issue.

/s/         
John A. Gibney, Jr.
United States District Judge

Date: 12/6/11
Richmond, Virginia